[L. A. No. 16581.   In Bank.—June 10, 1938.]

VIRGIL McCOMBS, Petitioner, v. JUSTUS F. CRAEMER, as Building and Loan Commissioner, etc., Respondent.

John C. Campbell and Franz R. Sachse for Petitioner.

Clock, McWhinney & Clock and James C. Ingebretsen for Respondent.

THE COURT.—This is a companion case to the case of *The Ventura Co., Inc.,* v. *Craemer,* this day decided (*ante,* p. 407 [80 Pac. (2d) 720]). █ On the authority of that decision and for the reasons set forth in the opinion filed therein the petitioner herein is entitled to the writ of *mandamus.*

Let the peremptory writ issue.